IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:14-MC-3-BO

IN RE: CROC, LLC )
       Debtor/Appellant. ) **MEMORANDUM O R D E R**
_____)

Debtor/Appellant, Croc, LLC, and movant Glenn Magill filed an emergency joint motion to stay the activities of the trustee pending appeal on May 14, 2014. [DE 1]. The Court held a hearing on the matter in Elizabeth City, North Carolina on May 21, 2014 at 3:00 p.m. The Court issued a ruling from the bench DENYING the motion for a stay.

The Court finds that there are no sufficient grounds to stay the Bankruptcy Court proceedings. Movants did not meet their burden before this Court to justify the issuance of a stay. Accordingly the motion to stay is DENIED. This Court retains jurisdiction over the pending appeal of the Bankruptcy Court's order.

SO ORDERED.

This the 21 day of May, 2014.

                                                    TERRENCE W. BOYLE
                                                   UNITED STATES DISTRICT JUDGE